AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00091 |
| Sarah Flanagan | ) Assigned To : Judge Robin M. Meriweather |
|  | ) Assign. Date : 3/6/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Sarah Flanagan,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Entering and remaining and disorderly conduct in a restricted building or grounds; and
40 U.S.C. § 5104(e)(2)(D) and (G) – Parading, picking, and demonstrating and disorderly conduct in a Capitol building.

Date: 03/06/2024

*Issuing officer's signature*
2024.03.06 20:10:44 -05'00'

City and state:  Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/6/24, and the person was arrested on *(date)* 3/7/24
at *(city and state)* Covington KY.

Date: 3/7/24

*Arresting officer's signature*

William T. Samad  TFO
*Printed name and title*